MICHAEL N. EMERY [0990]
RICHARDS, BRANDT, MILLER & NELSON
Attorneys for Central Refrigerated Service, Inc.
Key Bank Tower, Seventh Floor
50 South Main Street, P.O. Box 2465
Salt Lake City, Utah 84110-2465
Telephone: (801) 531-2000
Fax No.: (801) 532-5506

JAMES F. WILLIAMS, WSB No. 23613; JWilliams@perkinscoie.com
JAMES E. TILL, OSB No. 01092; JTill@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
Telephone: (206) 583-8888
Fax No.: (206) 583-8500

Attorneys for Appellant Central Refrigerated Service, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: <br><br> SIMON TRANSPORATION SERVICES INC. and DICK SIMON TRUCKING, INC. <br><br> Debtors. | Bankruptcy No. 02-22906 GEC |
| FREIGHTLINER, LLC, <br><br> Appellant, <br> v. <br><br> CENTRAL REFRIGERATED SERVICE, INC. and OFFICIAL COMMITTEE OF UNSECURED CREDITORS, <br><br> Appellees. | District Court Case No. 2:03cv00562 <br> District Court Case No. 2:03cv00563 <br> (Consolidated) <br> Honorable Bruce S. Jenkins |
| CENTRAL REFRIGERATED SERVICE, INC., <br><br> Appellant, <br> v. <br><br> FREIGHTLINER, LLC, and OFFICIAL COMMITTEE OF UNSECURED CREDITORS, <br><br> Appellees. | |

1- **NOTICE OF APPEAL**

[/PA040820031]

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

Central Refrigerated Service, Inc., Appellee/Cross-Appellant appeals to the United States Court of Appeals for the Tenth Circuit from the final order of the District Court for the District of Utah, entered in this case on February 20, 2004 as Order Affirming Bankruptcy Court's April 25, 2003 Order Denying Motion to Reconsider. The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

>   Michael N. Emery, Esq.
>   Wayne Z. Bennett, Esq.
>   RICHARDS, BRANDT, MILLER & NELSON
>   Counsel for Central Refrigerated Service, Inc.
>   Key Bank Tower, Seventh Floor
>   50 South Main Street, P.O. Box 2465
>   Salt Lake City, UT  84110-2465
>   (801) 531-2000
>
>   James F. Williams, Esq.
>   PERKINS COIE LLP
>   Counsel for Central Refrigerated Service, Inc.
>   1201 Third Avenue, 40th Floor
>   Seattle, WA  98101-3099
>   (206) 583-8888
>
>   James E. Till, Esq.
>   PERKINS COIE LLP
>   Counsel for Central Refrigerated Service, Inc.
>   1120 NW Couch Street, Tenth Floor
>   Portland, OR  97204
>   (503) 727-2000

2-  **NOTICE OF APPEAL**

[/PA040820031]

J. Thomas Beckett, Esq.
Dianna M. Gibson, Esq.
PARSONS BEHLE & LATIMER
Counsel for Freightliner Companies
One Utah Center
201 South Main Street, Suite 1800
P.O. Box 45898
Salt Lake City, UT  84145-0898
(801) 532-1234

Peter W. Billings, Esq.
Gary E. Jubber, Esq.
FABIAN & CLENDENIN
Counsel for Unsecured Creditors' Committee
215 South State Street, 12th Floor
Salt Lake City, UT  84111
(801) 8900

Weston L. Harris, Esq.
PARSONS DAVIES KINGHORN & PETERS
Counsel for Simon Transportation Services, Inc.,
Dick Simon Trucking, Inc. and Simon Terminal, LLC
185 South State Street, Suite 700
Salt Lake City, UT  84111
(801) 363-4300

Scott J. Goldstein, Esq.
Mark Thornhill, Esq.
SPENCER, FANE, BRITT & BROWNE, LLP
Counsel for Simon Transportation Services, Inc.,
Dick Simon Trucking, Inc. and Simon Terminal, LLC
1000 Walnut, Suite 1400
Kansas City, MO  64106

Laurie Crandall
U.S. TRUSTEE'S OFFICE
#9 Exchange Place, Suite 100
Salt Lake City, UT  84111-2147

3-   **NOTICE OF APPEAL**

[/PA040820031]

DATED this 22 day of March, 2004.

          RICHARDS, BRANDT, MILLER & NELSON

          By: _____
           MICHAEL N. EMERY [0990]
           Key Bank Tower, Seventh Floor
           50 South Main Street, P.O. Box 2465
           Salt Lake City, Utah 84110-2465
           Telephone: (801) 531-2000
           Fax No.: (801) 532-5506
           Attorneys for Appellant Central Refrigerated
           Service, Inc.

4- **NOTICE OF APPEAL**

[/PA040820031]