J. THOMAS BECKETT (5587)
DIANNA M. GIBSON (7533)
PARSONS BEHLE & LATIMER
Attorneys for Appellee/Cross-Appellant
the Freightliner Companies
One Utah Center
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, UT  84145-0898
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: <br><br> SIMON TRANSPORTATION SERVICES INC. and DICK SIMON TRUCKING, INC. <br> Debtors. | Bankruptcy No. 02-22906 GEC |
| FREIGHTLINER, LLC, and FREIGHTLINER MARKET DEVELOPMENT CORPORATION, <br> Appellants, <br> v. <br><br> CENTRAL REFRIGERATED SERVICE, INC. and OFFICIAL COMMITTEE OF UNSECURED CREDITORS, <br> Appellees. | District Court Case No. 2:03cv00562 <br> District Court Case No. 2:03cv00563 <br> (Consolidated) <br> Honorable Bruce S. Jenkins |
| CENTRAL REFRIGERATED SERVICE, INC., <br> Appellant, <br> v. <br><br> FREIGHTLINER, LLC, FREIGHTLINER MARKET DEVELOPMENT CORPORATION and OFFICIAL COMMITTEE OF UNSECURED CREDITORS, <br> Appellees. | |

585399 1

45

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

Freightliner LLC (f/k/a/ Freightliner Corporation) and Freightliner Market Development Corporation ("Freightliner" or the "Freightliner Companies"), by and through undersigned counsel, appeals to the United States Court of Appeals for the Tenth Circuit from (1) the final order of the District Court for the District of Utah, entered in this case on February 20, 2004 as Order Affirming Bankruptcy Court's April 25, 2003 Order Denying Motion to Reconsider, and (2) the final order of the United States Bankruptcy Court for the State of Utah, entered on April 25, 2003, as Order Denying Motion to Reconsider.

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

>J. Thomas Beckett
>Dianna M. Gibson
>PARSONS BEHLE & LATIMER
>Counsel for the Freightliner Companies
>One Utah Center
>201 South Main Street, Suite 1800
>Post Office Box 45898
>Salt Lake City, UT  84145-0898
>(801) 532-1234

Michael N. Emery, Esq.
Wayne Z. Bennett, Esq.
RICHARDS, BRANDT, MILLER & NELSON
Counsel for Central Refrigerated Service, Inc.
Key Bank Tower, Seventh Floor
50 South Main Street, P.O. Box 2465
Salt Lake City, UT 84110-2465
(801) 531-2000

James F. Williams, Esq.
PERKINS COIE LLP
Counsel for Central Refrigerated Service, Inc.
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099
(206) 583-8888

James E. Till, Esq.
PERKINS COIE LLP
Counsel for Central Refrigerated Service, Inc.
1120 NW Couch Street, Tenth Floor
Portland, OR 97204
(503) 727-2000

Peter W. Billings, Esq.
Gary E. Jubber, Esq.
FABIAN & CLENDENIN
Counsel for Unsecured Creditors' Committee
215 South State Street, 12th Floor
Salt Lake City, UT 84111
(801) 531-8900

Weston L. Harris, Esq.
PARSONS DAVIES KINGHORN & PETERS
Counsel for Simon Transportation Services, Inc.
Dick Simon Trucking, Inc. and Simon Terminal, LLC
185 South State Street, Suite 700
Salt Lake City, UT 84111
(801) 363-4300

Scott J. Goldstein, Esq.
Mark Thornhill, Esq.
SPENCER, FANE, BRITT & BROWNE, LLP
Counsel for Simon Transportation Services, Inc.
Dick Simon Trucking, Inc. and Simon Terminal, LLC
1000 Walnut, Suite 1400
Kansas City, MO 64106

Laurie Crandall
U.S. TRUSTEE'S OFFICE
#9 Exchange Place, Suite 100
Salt Lake City, UT 84111-2147


RESPECTFULLY SUBMITTED this 5th day of April 2004.

        PARSONS BEHLE & LATIMER

        By _/s/ Dianna M. Gibson_
        J. THOMAS BECKETT
        DIANNA M. GIBSON
        Attorneys for Appellee/Cross-Appellant
        the Freightliner Companies